UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 4:11CV1511 RWS |
| | ) | |
| MICHAEL BARNETT, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

This is an action by the United States of America to collect principal and interest owed by defendant on a promissory note that was assigned to the United States. Defendant executed the promissory note to secure a student loan pursuant to Title IV-D of the Higher Education Act of 1965, 20 U.S.C. § § 1087a et seq. and the note was assigned to the United States pursuant to 20 U.S.C. § 1071(a)(1)(D); 34 C.F.R. § 682.409.

Defendant failed to answer or otherwise respond in this matter within the time provided by and the Clerk's Entry of Default was entered on November 21, 2011 [#5]. Plaintiff has filed a motion for default judgment pursuant to Rule 55(b)(1) for a sum certain. I have reviewed and carefully considered the pleadings and as a result,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that** Plaintiff's Motion for Default Judgment [#4] is **GRANTED** and judgment is entered in favor of Plaintiff United States of America in the sum of $45,344.53 ($27,461.35 principal, $17,883.18 interest to November 15, 2011) plus interest until the date of judgment, and post-judgment interest at the

legal rate as provided by law.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 30th day of November, 2011.